v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2014–3063.

United States Court of Appeals, Federal Circuit.

June 16, 2014.

**Henry E. GOSSAGE, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2014–3078.

United States Court of Appeals, Federal Circuit.

June 16, 2014.

Henry E. Gossage, Lacey, WA, for Petitioner.

Douglas Glenn Edelschick, Trial Attorney, Department of Justice, Washington, DC, for Respondent.

Before PROST, Chief Judge,
WALLACH and CHEN, Circuit Judges.

**ON MOTION**

**ORDER**

PER CURIAM.

Henry E. Gossage moves for reconsideration of the court's May 13, 2014 order dismissing his case for failure to pay the docketing fee, failure to file the Statement Concerning Discrimination, and failure to file a brief. He also moves to consolidate this petition with his other recent cases.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.